**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| **JOHN ALLEN**<br>Plaintiff.<br>**VS.**<br>**3M COMPANY AND ARIZANT HEALTHCARE, INC.**<br>Defendants. | **MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND** |

1. Plaintiff, John Allen, states and brings this civil action in MDL No. 15-2666, entitled *In Re: Bair Hugger Forced Air Warming Products Liability Litigation*. Plaintiff(s) [is/are] filing this Short Form Complaint as permitted by Pretrial Order #8 of this Court.

**PARTIES, JURISDICTION AND VENUE**

2. Plaintiff, John Allen, is a resident and citizen of the State of Texas and claims damages as set forth below.

3. ~~Plaintiff's Spouse, , is a resident and citizen of the State of , and claims damages as set forth below. *[Cross out Spousal Claim if not applicable.]*~~

4. Jurisdiction is proper based upon diversity of Citizenship.

5. Proper Venue: The District Court in which remand trial is proper and where this Complaint would have been filed absent the direct filing order by this Court is the Southern District of Texas.

6. Plaintiff brings this action *[check the applicable designation]*:

X On behalf of [himself/herself];

______ ~~In a representative capacity as the ______________ of the~~

~~_______________ having been duly appointed as the _______________ by the _______________ Court of _____________. A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.~~

~~*[Cross out if not applicable.]*~~

**FACTUAL ALLEGATIONS**

7. On or about July 23, 2010, Plaintiff underwent surgery during which the Bair Hugger Forced Air Warming system (hereinafter "Bair Hugger") was used during the course and scope of his surgery at the Valley Baptist Medical Center, in Harlingen, Texas, by Rick W Bassett, M.D.

8. Contaminants introduced into Plaintiff's open surgical wound as a direct and proximate result of use of the Bair Hugger during the subject surgery resulted in Plaintiff developing a periprosthetic joint infection ("PJI"), also known as a deep joint infection ("DJI").

9. As a result of Plaintiff's infection caused by the Bair Hugger, Plaintiff has undergone numerous procedures following a postoperative infection, requiring intervention, management, and surgeries.

**ALLEGATIONS AS TO INJURIES**

10. (a) Plaintiff claims damages as a result of (check all that are applicable):

__X___ INJURY TO HERSELF/HIMSELF

______ INJURY TO THE PERSON REPRESENTED

______ WRONGFUL DEATH

______ SURVIVORSHIP ACTION

__X___ ECONOMIC LOSS

(b) Plaintiff's spouse claims damages as a result of (check all that are

applicable): [*Cross out if not applicable.]*

_______ ~~LOSS OF SERVICES~~

_______ ~~LOSS OF CONSORTIUM~~

11. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

**DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

12. The following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference (check all that are applicable):

__X___ FIRST CAUSE OF ACTION - NEGLIGENCE;

__X___ SECOND CAUSE OF ACTION - STRICT LIABILITY;

__X___ FAILURE TO WARN

__X___ DEFECTIVE DESIGN AND MANUFACTURE

__X___ THIRD CAUSE OF ACTION – BREACH OF EXPRESS WARRANTY;

__X___ FOURTH CAUSE OF ACTION- BREACH OF IMPLIED WARRANTY OF MERCHANTBILITY LAW OF THE STATE OF TEXAS, TEX. BUS. & COM. CODE. §§ 2.314;

__X___ FIFTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA PREVENTION OF CONSUMER FRAUD ACT;

__X___ SIXTH CAUSE OF ACTION – VIOLATION OF THE MINNESOTA DECEPTIVE TRADE PRACTICES ACT;

__X___ SEVENTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA UNLAWFUL TRADE PRACTICES ACT;

__X___ EIGHTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA FALSE ADVERTISING ACT;

__X___ NINTH CAUSE OF ACTION- CONSUMER FRAUD AND/OR UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER LAW OF THE STATE OF TEXAS, TEX. BUS. & COM. CODE §§ 17.46;

__X___ TENTH CAUSE OF ACTION – NEGLIGENT

MISREPRESENTATION;

__X___ ELEVENTH CAUSE OF ACTION- FRAUDULENT MISREPRESENTATION;

__X___ TWELFTH CAUSE OF ACTION – FRAUDULENT CONCEALMENT;

______ ~~THIRTEENTH CAUSE OF ACTION – LOSS OF CONSORTIUM; and~~

__X___ FOURTEENTH CAUSE OF ACTION – UNJUST ENRICHMENT.

In addition to the above, Plaintiff(s) assert the following additional causes of action under applicable state law:

Punitive Damages

Common Law Fraud

Constructive Fraud

Gross Negligence

Negligent Infliction of Emotional Distress

*[Cross out if not applicable.]*

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff(s) pray for judgment against Defendants as follows:

1. For compensatory damages;
2. Pre-judgment and post-judgment interest;
3. Statutory damages and relief of the state whose laws will govern this action;
4. Costs and expenses of this litigation;
5. Reasonable attorneys' fees and costs as provided by law;
6. Equitable relief in the nature of disgorgement;
7. Restitution of remedy Defendants' unjust enrichment; and

8. All other relief as the Court deems necessary, just and proper.

**JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

Dated: July 17, 2024

Respectfully submitted,

**MCDONALD WORLEY, PC**

By: */s/ Gabriel A. Assaad*
Gabriel A. Assaad
gassaad@mcdonaldworley.com
1770 St. James Place, Ste 100
Houston, TX 77056
Tel. (713) 523-5500
Fax (713) 523-5501

**ATTORNEY FOR PLAINTIFF**